# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

        v.

**KELVIN R. DE MORLA-SANTANA (2),**

    **Defendant**.

**CRIMINAL NO. 15-286 (PAD)**

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant, Kelvin Radhames De Morla-Santana (Docket No. 137), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Counts One and Three of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 130). The Sentencing Hearing is set for October 14, 2016 at 10:00 a.m. The parties shall file their sentencing memoranda not later than October 4, 2016.

    **SO ORDERED.**

In San Juan, Puerto Rico, this 21th June, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge